UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

---------------------------------------------------------------X
:
JUSTIN TESTANI, : Case No.: 8:17-CV-03022-RAL-TGW
:
        Plaintiff, :
  v. :
:
PROG LEASING, LLC, d/b/a PROGRESSIVE :
LEASING, :
:
        Defendant. :
:
---------------------------------------------------------------X

**AGREED ORDER STAYING CASE**

Pursuant to the agreement of the Parties, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Plaintiff will advance his claims asserted in this action via binding arbitration as provided for in the governing Arbitration Agreement.

2. This case is stayed with each party to bear its own fees and costs.

DONE and ORDERED this ___7th___ day of ___March___, 2018

_____
UNITED STATES DISTRICT JUDGE

DMEAST #33663795 v1